IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 3:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**MICHAEL GREEN,**
**ANTONIUS HART,**
**CEDRIC MORRIS,** and
**CEDRIC CAUSEY,**

      Plaintiffs,

v.                                                                                          No.     05-2438 BV

**UNION PLANTERS BANK**
**NATIONAL ASSOCIATION,** d/b/a
**UNION PLANTERS BANK,**

      Defendant.

---

### ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' FOURTH REQUEST FOR ADMISSIONS

---

This cause came before the Court upon the Motion of Defendant Union Planters Bank, National Association for additional time to respond to Plaintiffs' Fourth Request for Admissions propounded in this matter prior to the removal of this action to federal court, and it appearing to the Court that the Defendant has shown good cause for extending the time to and until ten (10) days following entry of an Order on Plaintiffs' Motion for Remand.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Union Planters Bank, National Association shall to and until ten (10) days following entry of an Order by the Court on Plaintiffs' Motion to Remand to respond to the Plaintiffs' Fourth Request for Admissions.

_Diane K. Vescovo_
JUDGE  U.S. Magistrate Judge
Date: _July 11, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02438 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Michael C. Skouteris
SKOUTERIS LAW FIRM
50 N. Front Street
Ste 1190
Memphis, TN 38103

Mark Allen
Provost & Umphrey Law Firm, LLP
200 Jefferson Avenue
Suite 250
Memphis, TN 38103

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Trey Jordan
McDonald Kuhn, P.C.
119 S. Main Street
Suite 400
Memphis, TN 38103

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT