IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 AM 10: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL GREEN,
ANTONIUS HART,
CEDRIC MORRIS, and
CEDRIC CAUSEY,

      Plaintiffs,

Vs                                             No. 05-2438 BV

UNION PLANTERS BANK
NATIONAL ASSOCIATION, d/b/a
UNION PLANTERS BANK,

      Defendant.

## ORDER SETTING STATUS CONFERENCE

This matter came on to be heard upon the Plaintiffs' motion for a status conference, upon L.R. 7.02 Certificate of Consultation of Counsel, and upon the entire record in the cause, from all of which the Court finds that said motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a status conference be scheduled for the _1st_ day of _September_, at _9:15_ A.M.

                                                             _____
                                                             J. DANIEL BREEN
                                                          United States District Court Judge

N:\DHT\2004\04-228D\Pleadings\Federal Pleadings\Order Set Status Conf 8-17-05.wpd

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _8-29-05_



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02438 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Trey Jordan
McDonald Kuhn, P.C.
119 S. Main Street
Suite 400
Memphis, TN 38103

Mark A. Allen
PROVOST UMPHREY- Memphis
White Station Tower
5050 Poplar Ave.
Ste. 700
Memphis, TN 38117

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Michael C. Skouteris
SKOUTERIS LAW FIRM
50 N. Front Street
Ste 1190
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT